[No. 5861-8-II.  Division Two.  December 30, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD HAMMOND, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 57510, Robert H. Peterson, J., entered August 27, 1981. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Reed, J.

[No. 6579-7-II.  Division Two.  December 30, 1983.]

PAUL HAMILTON, *Appellant,* v. GIG HARBOR CIVIL SERVICE COMMISSION, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 81-2-03944-3, D. Gary Steiner, J., entered February 5, 1982. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Reed, J.

[No. 6092-2-II.  Division Two.  January 3, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES CHARLES CALDWELL, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 81-1-00608-8, Stanley W. Worswick, J., entered December 15, 1981. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Reed, J.

[No. 5507-8-III.  Division Three.  January 4, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFERY GLADNEY, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 4542, Duane E. Taber, J., entered November 5, 1982. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Thompson, JJ.